**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JAMES EDWARD PAUSE,

Plaintiff,

v.

HONEYWELL INTERNATIONAL
MEDICAL PLAN

Defendant.

Civil 00-2077 (JRT/FLN)

**ORDER OF DISMISSAL**

---

James Edward Pause, 17290 33rd Avenue North, Plymouth, MN 55447, for plaintiff.

Timothy E. Branson, DORSEY & WHITNEY, Pillsbury Center, 220 South Sixth Street, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Nov 30, 2000
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK